# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| Federal Trade Commission,<br><br>    Plaintiff,<br>  v.<br><br>Qualcomm Incorporated, a Delaware Corporation,<br><br>    Defendant. | Case No. 17-cv-220-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES IN THE RELATED CLASS CASES** |
| **This Document Relates Only To**:<br><br>**ALL RELATED CLASS CASES**<br><br>**FILED IN LOW-NUMBERED CASE FOR DOCKETING PURPOSES ONLY** | 5:17-cv-00234-LHK<br>5:17-cv-00304-LHK<br>5:17-cv-00372-LHK<br>5:17-cv-00398-LHK<br>5:17-cv-00440-LHK<br>5:17-cv-00442-LHK<br>5:17-cv-00565-LHK<br>5:17-cv-00604-LHK<br>5:17-cv-00622-LHK<br>5:17-cv-00675-LHK<br>5:17-cv-00713-LHK<br>5:17-cv-00743-LHK<br>5:17-cv-00762-LHK<br>5:17-cv-00766-LHK<br>5:17-cv-00785-LHK<br>5:17-cv-00938-LHK<br>5:17-cv-01080-LHK<br>5:17-cv-01093-LHK<br>5:17-cv-01112-LHK<br>5:17-cv-01231-LHK<br>5:17-cv-01244-LHK<br>5:17-cv-01271-LHK<br>5:17-cv-01274-LHK |

1  WHEREAS, the Court previously issued orders relating the above-captioned twenty-three actions (collectively, the "Related Actions") pending in the Northern District of California against Defendant Qualcomm Incorporated ("Qualcomm") to *FTC v. Qualcomm Inc.*, No. 17-cv-220 (N.D. Cal.);

WHEREAS, there is one recently-filed "tag-along" action pending in the Northern District of California (*Acosta v. Qualcomm, Inc.*, No. 17-cv-1591-NC), as well as nine "tag along" actions pending in the Southern District of California, currently proceeding on different case schedules;

WHEREAS, on January 26, 2017, plaintiffs in *Bornstein v. Qualcomm Inc.*, No. 17-cv-234-LHK (N.D. Cal.), filed with the Judicial Panel on Multidistrict Litigation (the "Panel") a Motion to centralize the Related Actions in the Northern District of California pursuant to 28 U.S.C. § 1407, captioned *In re: Qualcomm Patent Licensing Antitrust Litigation*, MDL No. 2773 (J.P.M.L.), which has been set for argument on March 30, 2017;

WHEREAS, a ruling from the Panel on the Motion to centralize may issue before the Case Management Conference ("CMC") set by the Court for April 19, 2017, in the twenty-three Related Actions as well as *FTC v. Qualcomm Inc.*, No. 17-cv-220-LHK (N.D. Cal.);

WHEREAS, pursuant to Federal Rule of Civil Procedure 26(f), the Local Rules, and the Court's Scheduling Order (*see, e.g., Bornstein, et. al. v. Qualcomm, Inc.*, No. 17-cv-234-LHK, ECF No. 4), Plaintiffs in the twenty-three Related Actions ("Plaintiffs") and Qualcomm (collectively, the "Parties") are required to file ADR Forms, and conduct a Rule 26(f) Conference, by Wednesday, March 29, 2016, as well as file a Joint CMC Statement and complete initial disclosures by Wednesday, April 12, 2017;

WHEREAS, there is no designated lead counsel or leadership structure among Plaintiffs' counsel in the twenty-three Related Actions to coordinate the Rule 26(f) Conference, ADR consultation, or exchange of initial disclosures;

WHEREAS, the Plaintiffs in each of the twenty-three Related Actions and Qualcomm believe that a Rule 26(f) Conference is premature given the unsettled forum;

WHEREAS, with the Court's approval, the Parties previously stipulated to extend time for Qualcomm to respond to Plaintiffs' Complaints in the twenty-three Related Actions to allow the Panel sufficient time to rule on the Motion to centralize (*see, e.g., Bornstein, et. al. v. Qualcomm, Inc.*, No. 17-cv-234-LHK, ECF No. 29);

THEREFORE, to most efficiently manage proceedings in the twenty-three Related Actions, and to conserve the Parties' and the Court's resources without altering or affecting the Court's schedule or moving any hearing date, pursuant to the Northern District of California's Civil Local Rules 6-1, 6-2, and 7-12,

THE PARTIES STIPULATE as follows:

The Parties propose, subject to the Court's approval, to defer the Rule 26(f) Conference, Joint CMC Statement, ADR Form filings, and initial disclosures to a later date, to be set by the Court at the April 19, 2017 CMC hearing, while the Parties await a ruling from the Panel; provided however, that the Parties shall meet and confer and file a joint status conference statement by April 12, 2017, that includes (1) an update on the status of the Motion to centralize now pending before the Panel, and (2) any additional proposed subjects to be addressed at the April 19, 2017 CMC hearing.

This Stipulation shall not alter any other deadline or hearing date set by the Court.

SO STIPULATED.

Dated:  March 29, 2017

By:

| | |
|---|---|
| /s/ *Robert A. Van Nest* | /s/ *Michael D. Hausfeld* |
| Robert A. Van Nest | Michael D. Hausfeld |
| KEKER VAN NEST & PETERS LLP | HAUSFELD LLP |
| Counsel for Defendant | Counsel for Plaintiffs in |
| Qualcomm Incorporated | *Bornstein et al. v. Qualcomm Inc.*, |
| in All Actions | No. 17-cv-234 (N.D. Cal.) |

2
STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
RELATED CLASS CASES TO 17-CV-220-LHK
1155816.01

| | |
|---|---|
| /s/ *Mark A. Griffin* | /s/ *Jeffrey D. Friedman* |
| Mark A. Griffin | Jeffrey D. Friedman |
| KELLER ROHRBACK LLP | HAGENS BERMAN SOBOL SHAPIRO LLP |
| Counsel for Plaintiffs in | Counsel for Plaintiff in |
| *Stromberg et al. v. Qualcomm Inc.*, | *McMahon v. Qualcomm Inc.*, |
| No. 17-cv-304 (N.D. Cal.) | No. 17-cv-372 (N.D. Cal.) |
| | |
| /s/ *Lesley Weaver* | /s/ *Todd A. Seaver* |
| Lesley Weaver | Todd A. Seaver |
| BLEICHMAR FONTI & AULD, LLP | BERMAN DEVALERIO LLP |
| Counsel for Plaintiff in | Counsel for Plaintiffs in |
| *Boardsports Sch. Inc. v. Qualcomm Inc.*, | *Benad et al. v. Qualcomm Inc.*, |
| No. 17-cv-398 (N.D. Cal.) | No. 17-cv-440 (N.D. Cal.) |
| | |
| /s/ *Amanda Bonn* | /s/ *Michael D. Hausfeld* |
| Amanda Bonn | Michael D. Hausfeld |
| SUSMAN GODFREY LLP | HAUSFELD LLP |
| Counsel for Plaintiff in | Counsel for Plaintiffs in |
| *Key v. Qualcomm Inc.*, | *Ewald et al. v. Qualcomm Inc.*, |
| No. 17-cv-442 (N.D. Cal.) | No. 17-cv-565 (N.D. Cal.) |
| | |
| /s/ *Peggy Wedgworth* | /s/ *Allan Steyer* |
| Peggy Wedgworth | Allan Steyer |
| MILBERG LLP | STEYER LOWENTHAL BOODROOKAS ALVAREZ & SMITH LLP |
| Counsel for Plaintiff in | Counsel for Plaintiffs in |
| *Esteban v. Qualcomm Inc.*, | *Davis et al. v. Qualcomm Inc.*, |
| No. 17-cv-622 (N.D. Cal.) | No. 17-cv-604 (N.D. Cal.) |
| | |
| /s/ *William G. Caldes* | /s/ *Azra Mehdi* |
| William G. Caldes | Azra Mehdi |
| SPECTOR ROSEMAN KODROFF & WILLIS, P.C. | THE MEHDI FIRM, PC |
| Counsel for Plaintiffs in | Counsel for Plaintiff in |
| *Housenick et al. v. Qualcomm Inc.*, | *Ervin v. Qualcomm Inc.*, |
| No. 17-cv-675 (N.D. Cal.) | No. 17-cv-713 (N.D. Cal.) |

3

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES
RELATED CLASS CASES TO 17-CV-220-LHK
1155816.01

| | |
|---|---|
| /s/ *Michael Schrag* <br> Michael Schrag <br> GIBBS LAW GROUP LLP <br> Counsel for Plaintiff in <br> *Carney v. Qualcomm Inc.*, <br> No. 17-cv-743 (N.D. Cal.) | /s/ *Stephen R. Basser* <br> Stephen R. Basser <br> BARRACK RODOS & BACINE <br> Counsel for Plaintiffs in <br> *Tada et al. v. Qualcomm Inc.*, <br> No. 17-cv-762 (N.D. Cal.) |
| /s/ *Azra Mehdi* <br> Azra Mehdi <br> THE MEHDI FIRM, PC <br> Counsel for Plaintiffs in <br> *Crutcher et al. v. Qualcomm Inc.*, <br> No. 17-cv-766 (N.D. Cal.) | /s/ *Joseph W. Cotchett* <br> Joseph W. Cotchett <br> COTCHETT, PITRE & McCARTHY, LLP <br> Counsel for Plaintiffs in <br> *Kiefer et al. v. Qualcomm Inc.*, <br> No. 17-cv-785 (N.D. Cal.) |
| /s/ *Daniel E. Birkhaeuser* <br> Daniel E. Birkhaeuser <br> BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER LLP <br> Counsel for Plaintiffs in <br> *Zatlin et al. v. Qualcomm Inc.*, <br> No. 17-cv-938 (N.D. Cal.) | /s/ *David S. Wakukawa* <br> David S. Wakukawa <br> BROWNE GEORGE ROSS LLP <br> Counsel for Plaintiffs in <br> *Ackerman et al. v. Qualcomm Inc.*, <br> No. 17-cv-1080 (N.D. Cal.) |
| /s/ *Michael D. Hausfeld* <br> Michael D. Hausfeld <br> HAUSFELD LLP <br> Counsel for Plaintiff in <br> *Dietrich v. Qualcomm Inc.*, <br> No. 17-cv-1093 (N.D. Cal.) | /s/ *Elizabeth Pritzker* <br> Elizabeth Pritzker <br> PRITZKER LEVINE LLP <br> Counsel for Plaintiffs in <br> *Espinosa et al. v. Qualcomm Inc.*, <br> No. 17-cv-1112 (N.D. Cal.) |
| /s/ *David S. Wakukawa* <br> David S. Wakukawa <br> BROWNE GEORGE ROSS LLP <br> Counsel for Plaintiff in <br> *Hallahan v. Qualcomm Inc.*, <br> No. 17-cv-1231 (N.D. Cal.) | /s/ *Jeremiah F. Hallisey* <br> Jeremiah F. Hallisey <br> HALLISEY AND JOHNSON, P.C. <br> Counsel for Plaintiffs in <br> *McDevitt et al. v. Qualcomm Inc.*, <br> No. 17-cv-1244 (N.D. Cal.) |
| /s/ *David P. McLafferty* <br> David P. McLafferty <br> McLAFFERTY & ASSOCIATES, P.C. <br> Counsel for Plaintiff in <br> *Kurzon v. Qualcomm Inc.*, <br> No. 17-cv-1271 (N.D. Cal.) | /s/ *Michael D. Hausfeld* <br> Michael D. Hausfeld <br> HAUSFELD LLP <br> Counsel for Plaintiffs in <br> *Nagy et al. v. Qualcomm Inc.*, <br> No. 17-cv-1274 (N.D. Cal.) |

**FILER'S ATTESTATION**

I, Samantha Stein, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that counsel whose e-signature appears above has concurred with this filing.

                                          /s/ Samantha Stein
                                          Samantha Stein

5

STIPULATION AND [PROPOSED] ORDER RE: CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES RELATED CLASS CASES TO 17-CV-220-LHK
1155816.01

1
2                              **[PROPOSED] ORDER**
3          Having considered the Parties' Stipulation, as well as the papers and pleadings on file
4   in this litigation, the Court GRANTS the Stipulation as stated above.
5          IT IS SO ORDERED.
6
7
8       Dated:  ____March 30____, 2017            _____*Lucy H. Koh*_____
9                                                 HON. LUCY KOH
                                                  UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28                                              6